

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00129-CV

D'Ann Harper Realty, Inc. and Leesa Rispoli
v.
Lee Swearingen and The Ron Brown Company

On Appeal from the
135th District Court of Victoria County, Texas
Trial Court Cause No. 23-03-89494-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

August 17, 2023